UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHELIA RENE VANN,**

    **Plaintiff,**

v.                                            Case No. 5:22cv1-TKW-MJF

**KILOLO KIJAKAZI,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15). Typically, the Court would defer consideration of the Report and Recommendation until the time for filing objections expires, but the Court sees no reason to do so here because the disposition recommended by the magistrate judge was agreed to by the parties. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's unopposed motion for entry of judgment with reversal and remand (Doc. 14) is **GRANTED**.

3. The decision denying benefits is **REVERSED** and this case is **REMANDED** to the Commissioner of the Social Security

Administration for further proceedings under sentence four of 42 U.S.C. §405(g).

4. The Clerk shall enter judgment in favor of Plaintiff and close the case file.

**DONE and ORDERED** this 29th day of July, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**